

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 13, 2022

**BY ECF AND EMAIL**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re:   United States v. Hassan Carter, 22 Cr. 271 (LTS)

Dear Judge Swain:

The Government writes to respectfully request that the Court exclude time pursuant to the Speedy Trial Act until June 13, 2022. The above-referenced defendant was arrested on or about April 7, 2022 on a charge of illegally possessing a firearm in violation of Title 18, United States Code, 922(g)(1). He was released on conditions in this District, but was extradited to New Jersey to satisfy an outstanding state warrant. The Government is in the process of transferring the defendant into federal custody.

Initial Rule 16 discovery has been produced to defense counsel and the Government will continue to produce Rule 16 discovery if and when additional materials come into its possession. The Government therefore respectfully requests that the Court exclude time pursuant to the Speedy Trial Act until June 13, 2022, so that defense counsel can review discovery, consider any appropriate motions, and so that the parties can discuss a possible pretrial disposition. The defendant, through defense counsel, has no objection to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  *Dina McLeod*
Dina McLeod
Assistant United States Attorney
(212) 637-1040

Application granted. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through June 13, 2022, outweigh the best interests of the public and the defendant in a speedy trial for the reasons set forth above. No later than June 6, 2022, the Government shall file a letter updating the Court as to the status of Mr. Carter's transfer into federal custody. DE#7 resolved.

SO ORDERED.
Dated: May 13, 2022
/s/ Laura Taylor Swain, Chief U.S.D.J.

cc:   Amy Gallichio, Esq. (counsel for Hassan Carter) (by email and ECF)