# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 31, 2022

**BY ECF**
The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: **United States v. Hassan Carter**, 22 Cr. 271 (LTS)

Dear Chief Judge Swain:

I write with the consent of the Government to request an adjournment of the conference currently scheduled for June 14, 2022, in the above captioned matter. Additional time is required for the ongoing review of discovery with Mr. Cater and to engage in discussions with the Government regarding a possible disposition.

In consideration of the parties' various schedules and court obligations, I respectfully request an adjournment to a date during the week of August 22, 2022, or thereafter. Mr. Carter consents to the exclusion of time pursuant to the Speedy Trial Act.

The conference currently for June 14, 2022, is adjourned to September 8, 2022, at 10:00 a.m. The Court finds pursuant to 18 U.S.C. section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through September 8, 2022, outweigh the best interests of the public and the defendant in a speedy trial for the reason stated above. This resolves docket entry no. 14.

SO ORDERED.
Dated: May 31, 2022
/s/ Laura Taylor Swain, Chief U.S.D.J.
Cc:   AUSA Dina McLeod

Respectfully submitted,

/s/ Amy Gallicchio
_____
Amy Gallicchio, Esq.
Federal Defenders of New York
O: (212) 417-8728
M: (917) 612-3274