**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 26, 2022

**BY ECF AND EMAIL**

MEMO ENDORSED

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Hassan Carter, 22 Cr. 271 (LTS)

Dear Judge Swain:

The Government writes, with the consent of defense counsel, to respectfully request that the Court adjourn the change of plea hearing scheduled for September 29, 2022 at 11:30 a.m. to the following week. The parties are available at any time on October 4, 2022 or October 5, 2022 between 12 p.m. and 4 p.m., if any of those dates and times are convenient for the Court.

The Government respectfully requests that the Court exclude time pursuant to the Speedy Trial Act until the new date for the change of plea hearing, so that the parties can continue to discuss the disposition of the case and to allow defense counsel to prepare for the change of plea hearing. The defendant, through defense counsel, has no objection to this request.

The foregoing request for an adjournment is granted. The change of plea hearing is hereby rescheduled for October 5, 2022, at 12pm. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through October 5, 2022, outweigh the best interests of the public and the defendant in a speedy trial to permit the parties to continue to engage in discussions regarding pretrial disposition. DE#18 is resolved. SO ORDERED. /s/ Laura Taylor Swain, Chief USDJ, 9/26/2022

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: Dina McLeod
Dina McLeod
Assistant United States Attorney
(212) 637-1040

cc: Amy Gallichio, Esq. (counsel for Hassan Carter) (by email and ECF)