UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                                No. 22CR271-LTS

HASSAN CARTER,

                      Defendant(s).
-------------------------------------------------------------X

## ORDER

The sentencing scheduled for January 18, 2023, is rescheduled to **February 15, 2023 at 2:30 p.m.** in Courtroom 17C.

Dated:  New York, New York
          November 17, 2022

                                                                 /s/ Laura Taylor Swain
                                                                LAURA TAYLOR SWAIN
                                                                United States District Judge