**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 1, 2023

**BY ECF AND EMAIL**

Honorable Chief Judge Laura T. Swain
United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: **United States v. Hassan Carter**
      **22 CR 271 (LTS)**

Dear Judge Swain:

  I write, with the consent of the Government, to request an adjournment of the sentencing hearing in the above captioned matter currently scheduled for February 15, 2022. The final Presentence Report is due to the Court and the parties on February 7, 2022, necessitating an adjournment of the submission filing deadlines and, consequently, the sentencing date.

  After consultation with the Government, Mr. Carter respectfully requests that the Court adjourn his sentencing hearing to a date during the week of March 20, 2022, excluding March 21, 2022 and March 23, 2022.

             Sincerely,

             /s/ Amy Gallicchio

             _____

             Amy Gallicchio, Esq.
             Assistance Federal Defenders

Cc: AUSA Dina McLeod