UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

          -v.-

HASSAN CARTER

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

:
:
:   **FINAL ORDER OF**
:   <u>FORFEITURE</u>
:
:   22 Cr. 271 (LTS)
:
:
:
:
:

WHEREAS, on or about March 23, 2023, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property (the "Preliminary Order of Forfeiture") (D.E. 30), which ordered the forfeiture to the United States of all right, title and interest of HASSAN CARTER (the "Defendant") in the following property:

> a.     A Taurus model g2c, 9mm semi-automatic pistol (the "Specific Property");

WHEREAS, following the entry of the Preliminary Order of Forfeiture, the Government learned that the Specific Property is more particularly described as the following:

> a.     A Taurus model g2c, 9mm semi-automatic pistol, bearing serial number TLW25100 (the "Forfeited Firearm");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Forfeited Firearm, and the requirement that any person asserting a legal interest in the Forfeited Firearm must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Forfeited Firearm and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Forfeited Firearm before the United States can have clear title to the Forfeited Firearm;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Forfeited Firearm was posted on an official government internet site (www.forfeiture.gov) beginning on September 20, 2025, for thirty (30) consecutive days, through October 19, 2025, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on January 12, 2026 (D.E. 40);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Forfeited Firearm have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Forfeited Firearm; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Forfeited Firearm is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.      Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Forfeited Firearm.

3.      The United States Marshals Service (or its designee) shall take possession of the Forfeited Firearm and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated:  New York, New York
        January 12      , 2026

DE # 41 is resolved.

SO ORDERED:


/s/ Laura Taylor Swain
_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE